JAMES MOORE, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Decision Filed April 29, 1921.

A Writ of Error to the Criminal Court of Record for Duval County; J. M. Peeler, Judge.

*John E.* and *Julian Hartridge,* for Plaintiff in Error;

*Rivers H. Buford,* Attorney General and *J. B. Gaines,* Assistant, for the State.

PER CURIAM.—James. Moore. took writ of error to a judgment convicting him of larceny of one bull calf. The testimony is of such a nature that the court is of the opinion that justice will be subserved by granting a new trial.

Reversed.

All concur.